UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Richard B. Lucientes,                    Civil No. 09-760 (RHK/AJB)

        Petitioner,                    **ORDER**

v.

Warden Dwight L. Fondren,

        Respondent.
_____

Petitioner has filed Objections to the August 28, 2009 Report and Recommendation of Magistrate Judge Arthur J. Boylan in which Judge Boylan has recommended the denial of the Petition for writ of habeas corpus. The Court has now reviewed de novo the Report and Recommendation and Petitioner's Objections.

Based upon that review and all of the files, records and proceedings herein, **IT IS ORDERED**:

The Objections (Doc. No. 13) are **OVERRULED**;

The Report and Recommendation (Doc. No. 8) is **ADOPTED**; and

The Petition under 28 U.S.C. § 2241 for Writ of Habeas Corpus (Doc . No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: November 6, 2009

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge